**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 155 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
LUIS ANTONIO RODRIGUEZ-CRUZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.